## STATE v SMITH

Ohio Appeals, 2nd Dist, Darke Co

No 585. Decided Feb 24, 1941

Hugh A. Staley, Prosecuting Attorney, Greenville, for plaintiff-appellee and for the motion.

T. A. Billingsley, Greenville, Robert Reigle, for defendant-appellant and contra the motion.

### OPINION

BY THE COURT:

Submitted on motion of appellee to dismiss the appeal for failure to comply with §13459-3 GC in that the appellant did not file his brief with the transcript. The failure to file brief with the transcript is conceded by appellant.

We are committed to the enforcement of this statute, which we have heretofore held to be mandatory in terms. State v Jarcho, 30 Abs 645.

GEIGER, PJ., BARNES & HORNBECK, JJ., concur.